FILED

2021 OCT 26 PM 1:25

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

UNITED STATES MIDDLE TENNESSEE DISTRICT COURT

|  |  |
|---|---|
| TALI BAHA FALAHTUCHI OKHINA[ NATION-STATE] | ) |
| | ) |
| Yananta Lusa aka Hakeem Shabazz-El | ) |
| | ) |
| appearing , speaking and acting on the half of JUVENILE PLAINTIFF z L | ) |
| | ) |
| **PLAINTIFF** | ) |
| | )) |
| Vs. | )) |
| | ) |
| **DEFENDANTS** | )) |
| | )) |
| **RUTHERFORD COUNTY EL , AL** | ) |
| | ) |
| ***DONNA SCOTT DAVENPORT*** | ) |
| | ) |
| LYNN DUKES | ) |
| | ) |
| | ) |
| _____**Defendants -in-error.**_____ | |

03 - 21   0 8 1 3

JURY DEMANDED BY PEERS

---

*ALIEN TORT*

---



PLAINTIFF was unlawfully detained for 72 hours but was locked in a cell 23 hours per day

# I. INTRODUCTION

Comes now , by special appearance , CACIQUE Yananta Isi Chito Lusa aka Hakeem Shabazz-El et al Tribal Estate ,

lawfully beneficiary and authorized user of the 1666 CESTUI QUE VIE TRUST HAKEEM SHABAZZ-EL , Acting /

speaking / Special appearing on the behalf of the Tali Baha Falahtuchi Okhina [ Nation-State] and Plaintiff Wild Fire aka

zL et al Tribal Estate Trust , lawful beneficiary and authorized user of the 1666 CESTUI QUE VIE TRUST ZL , a

foreign national , appearing Propria Persona [ sui Juris ] non-resident inhabitant without the borders of the United states ,

retaining our non-derogable UN-ALIEN-ABLE natural rights as an aborigine American Aniyunwiya Taino [ Indian ] , a

natural living , heart beating , breathing , conscious, flesh and blood tribal citizen of the Tali Baha Falahtuchi Okhina

[Nation-State] ...    RULE 17 ( 1 ) ( E)

Plaintiff Wild Fire was a 10 year old honor roll student at Hobgood elementary discovery school in 2016 .

Plaintiff Wild Fire played sports such as basketball and football...

Plaintiff was unlawfully / illegally detained for 72 hours , while serving hard time on an illegal incarceration he was on

maximum security for 23 hours a day and out of 72 hours he only had 3 hours of recreation including shower but wasn't

allowed visits nor phone calls..

Plaintiff and the whole world is wondering how and why is Foreign Operatives Donna SCOTT DAVENPORT and LYNN

DUKES are hiding behind a Judicial Commissioner regarding the petition that lacked meritable standards of law , probable

cause , evidence or a witness that is a injured party signing a sworn affidavit against the plaintiff claiming to be a victim.

DONNA SCOTT DAVENPORT is making press conferences saying that she stands by her decision with the PROCESS

and FILTER SYSTEM which is degrading , inhumane, lack of sensitivity and disrespectful to the people that she serves .

PLAINTIFF was unlawfully detained for 72 hours but was locked in a cell 23 hours per day

## II. PARTIES

Plaintiff Wild Fire aka zL

DEFENDANT RUTHERFORD COUNTY INC ET , AL is a person which is implied too Monell v. Department of Social Services, 436 U.S. 658, is an opinion given by the United States Supreme Court in which the Court overruled Monroe v. Pape in holding that a local government is a "person" subject to suit under Section 1983 of Title 42 of the United States Code: Civil action for deprivation of rights

DEFENDANT Foreign Operative DONNA SCOTT DAVENPORT is being sued in both PERSONS individual as well as official capacity... Immunity is lost if acted under color of law with malicious intent to harm, enslave ,kidnap,

human traffic , unlawful /illegal detention which caused emotional / psychological trauma with irreparable injuries that violates the United states constitution , Customary international laws , Jus Cogens peremptory norms [ non derogable] , Laws of Nations , ICWA Laws and your state/ federal statutes and codes under false pretenses by using your Authority / position to administer enforce " THE PROCESS " and " THE FILTER SYSTEM " to profit lucrative revenue off a discriminative racial fictitious policy morphed into a FAKE LAW against Melanated juveniles with various nationalities/ ethnics deriving from the AMERICAS / African descent... ALL OF THIS APPLIES TO RUTHERFORD COUNTY INC ET AL , ABOVE

DEFENDANT Foreign Operative LYNN DUKES is being sued in both PERSONS individual as well as official capacity... immunity is lost if acted under color of law with malicious intent to harm , enslave, kidnap , human traffic , unlawful/illegal detention and cause emotional / psychological trauma with irreparable injuries that violated the United states constitution , international laws and ICWA Laws [ Indian Child Welfare Act ] under false pretenses by using your authority / position to administer and enforce " THE PROCESS " and " THE FILTER SYSTEM " to profit lucrative revenue off a discriminative racial fictitious policy morphed into a FAKE LAW against Melanated juvenile with various nationalities / ethnics deriving from the AMERICAS / African descent... ALL OF THIS APPLIES TO RUTHERFORD COUNTY INC ET AL , ABOVE

A. Plaintiff Wild Fire aka zL is an enrolled tribal citizen and lawfully property of the Tali Baha Falahtuchi Okhina [Nation-State] ... Plaintiff Wild Fire Federally recognized Aborigine American Indian.. . " INJURED PARTY "

B. RUTHERFORD COUNTY INC is one of 95 counties in the CORPORATE STATE OF TENNESSEE...

C. DONNA SCOTT DAVENPORT ( Foreign Operative ) is the Corporate CEO Administrative RUTHERFORD COUNTY JUVENILE COURT Hearing officer acting as a JUDGE and the creator of the " FILTER SYSTEM " and " THE PROCESS "...

**D.** LYNN DUKES is the Corporate Administrative Director of the RUTHERFORD COUNTY JUVENILE DETENTION CENTER and One of Foreign Operative DONNA SCOTT DAVENPORT top mercenaries and business partner...

## III. JURISDICTION / VENUE

A Federal court must determine whether it has jurisdiction at the outset of the litigation and must always make this determination before deciding on the merits of the particular subject matter ... see Sinochem International Co., Ltd. v. Malaysia International Shipping Corporation, 549 U.S. 422. . Plaintiff is a foreign national , Aborigine American Indian bringing fourth Article lll claims 28 usc 135 This action arises under 42 usc section 1983 , Jurisdiction is based on 28 usc sections 1331 and 1343 because all 3 PERSONS Which are defendants reside in RUTHERFORD COUNTY INC and all events occurred in the 16th district of RUTHERFORD COUNTY INC which gives Middle Tennessee District court personal jurisdiction over the defendants Person in their individual capacity and their official capacity...

This court isn't the proper venue because district courts are territorial courts within the state , district court isn't a Article lll court nor do they have Article lll authority but has Article I authority .

PLAINTIFF 3 21 v OUBY Detained for 72th our Fletwas/00/ed in Page 5 of 32 PageID #: 5

## VENUE TRANSFER

This venue is inappropriate and is a conflict of interest and is a direct violation of the UNITED STATES CONSTITUTION because Foreign Operative DONNA SCOTT DAVENPORT has been reprimanded by 2 judges in the middle Tennessee district including chief Judge WAVERLY D. CRENSHAW even though if he doesn't preside over the ALIEN TORT remember that person is the chief judge in the building , therefore in the interest of fairness the Tali Baha Falahtuchi Okhina [ Nation-State ] on the behalf on the plaintiff request that this court acts according to their constitutional judicial court or records by transferring this ALIEN TORT to a neutral district court , The UNITED STATES WESTERN TENNESSEE DISTRICT COURT  if not then transfer the case to an Article lll venue UNITED STATES SUPREME COURT or the UNITED STATES INTERNATIONAL COURT OF TRADES…

CLERK OF COURT / CURRENT INCUMBENT  Foreign Operative LYNDA M HILL since your Plaintiff's constructive CESTUI QUE VIE TRUST TRUSTEE ,

plaintiff  directs you to administratively transfer this ALIEN TORT to the WESTERN TENNESSEE DISTRICT COURT or enforce judgement ordering all PERSONS,  corporations,  and defendants to award in all damages to

Tali Baha Falahtuchi Okhina[ Nation-State ] on the behalf of Plaintiff Wild Fire …

Foreign Operative WAVERLY D . CRENSHAW / CURRENT INCUMBENT as plaintiffs Administrator / TRUSTEE of the CONSTRUCTIVE CESTUI QUE VIE TRUST    ZL   , plaintiff direct you to instruct the CLERK OF COURT to transfer this ALIEN TORT immediately to the WESTERN TENNESSEE DISTRICT COURT or enforce judgement ordering All persons , corporations and defendants to award in all damages to Tali Baha Falahtuchi Okhina Nation-State on the behalf of Plaintiff Wild Fire , Since all defendants admitted to breaking every single type of law that ever existed , been reprimanded several times by federal Article I judges and there is no need for discovery , case managing conferences when All Persons , corporations,  defendants known as RUTHERFORD COUNTY ET AL  , DONNA SCOTT DAVENPORT

PLAINTIFF 3.21 claim 00-81 Detained for 72 hours Filed 43/06/21 in Page 26 of 32 PageID #: 6

and LYNN DUKES wants the legal matters resolved instantly because bad press is weighing on them like a ton of bricks and possibly in the near future their jobs are in jeopardy for tarnishing the reputation of RUTHERFORD COUNTY and disgracing the judicial / justice system…

Judicial recusal is not then a matter of discretion. The test for determining apparent bias is this: if a fair-minded and informed observer, having considered the facts, would conclude that there was a real possibility that the judge was biased, the judge must recuse himself (see Porter v Magill [2002] 2 AC 357 at [102]). That test is to be applied having regard to all the circumstances of the case.

## IV.   LAWS THAT WAS VIOLATED

1.TALI BAHA FALAHTUCHI OKHINA (Nation-State). is A separate and international sovereign body politic-Montevideo State , having plenary protection under common law ,natural law , Magna Carta, UNDRIP , ADRIP , Customary international law , Foreign sovereign .immunities act , JUS COGENS( peremptory norms) non derogable ,
5.Indian Child Welfare Act , International bill of rights , ICCR , and it is this United states middle Tennessee district courts judiciary obligation by the 1781 United states constitution to protect the aborigine people , people in the district and be a neutral party that hears arguments while acting accordingly to your 1781 United states constitutional oath of office to serve the people and to uphold justice on a diplomatic relations especially if a relief can be granted by examining the merits of The ALIEN TORT .
plaintiff 4th , 5th ,8th and 14th .amendments of the United states constitution was violated erroneously and disrespectfully by public elected and appointed county officials in the 16th district RUTHERFORD COUNTY INC….

V . Unlawfully detention / Illegal detention

COUNT I,      4TH AMENDMENT VIOLATION

10. On April 15 or April 16  2016 ,  A juvenile  petition was filed that lacked merits probable  11. cause that asserts nothing against 10 year old Indian child  Plaintiff  Wild Fire aka zL  for 12.allegedly video recording a fight between two 5 years old children , Plaintiff was one of 13.allegedly young juveniles that watched the fight , even though plaintiff  Wild Fire face was 14.never saw on camera but Foreign Operative CRYSTAL TEMPLETON employed with the 15.MURFREESBORO POLICE DEPARTMENT CORPORATION made an inaccurate 16.judgment call and decided the voice that she hard during the fight was Plaintiff Wild Fire .

17. Therefore;  the following day after the fight , children as young as 8 years old was 18.handcuffed , arrest while teachers was crying begging the MURFREESBORO POLICE 19.DEPARTMENT CORPORATION not to arrest the children with their parents knowing of 20.informing their guardians that they was going to be detained and unlawfully seized for a 21.crime that has never been in any type of law book,  Plaintiff charge was called " Criminal 22.responsibility for conduct of another" in essence, the children were punished for not trying to stop another 23.person from committing a crime or in the case in question because the kids did not stop the boys from 24.fighting, they were arrested. So led by Foreign Operative CRYSTAL TEMPLETON , 25.MURFREESBORO POLICE DEPARTMENT CORPORATION and other Foreign 26.Operatives assisted Her in try to locate Plaintiff Wild Fire so they could falsely arrest him 27.and human traffic him to be unlawfully detained without probable cause or actually 28.committing a crime . In the case there was no victim nor injured party that filed an  Affidavit 29.against Plaintiff Wild Fire… so , the arrived at Plaintiff Wild Fire known geographical 30.location and they had the Apartment surrounded with about 3 to 4 Foreign Operatives of the 31.MURFREESBORO POLICE DEPARTMENT CORPORATION to attempt to apprehend 32.him but first they was trying to get the key from the manger of the apartment complex 33.buildings but they office managed refuse and said that they could violate rental agreements 33.nor their civil

rights unless they could produce a warrant... Foreign Operatives with the 34.MURFREESBORO POLICE DEPARTMENT

CORPORATION made contact with Red 35.Elk aka Nicole Alexander , which is the Mother of Plaintiff wild Fire.  They

Told Red Elk 36.aka Nicole Alexander if she didn't locate plaintiff Wild Fire and take him to the 37.RUTHERFORD

COUNTY DETENTION CENTER CORPORATION in one hour then 38.she will be arrested and charged with obstruction

of justice and harboring a fugitive ...

39. Under duress,  coercion and fear the mother of 4 Red Elk was heartbroken to take the plaintiff to the 40.RUTHERFORD COUNTY

JUVENILE DETENTION CENTER CORPORATION because she felt that 41.she was betraying her son just so she wouldn't have to due time

in jail for obstruction of justice. He was 42.taken to the juvenile pressed and book for a crime that is about as senseless as drinking a coca cola at

a 43.restaurant then get arrested and charged with a  IMAGINARY CRIME for BURPING...

Brownback  v . King  ( USC 2020 )

**44. TREZEVANT v. CITY OF TAMPA, 741 F2d 336 (11th Cir. 1984)**
Motorist illegally held for 23 minutes on a traffic charge was awarded $25,000 in damages. (Sets foundation for $ 75,000/hr., 1,800,000/day)

**45 SANDERS v. ENGLISH, 950 F2d 1036 (6TH Cir. 1992)**
False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983.

## VI. UNLAWFUL STIP SEARCH / SEXUAL BATTERY

### COUNT II. violated 4th, 5th and 14th amendment

46. While Plaintiff was being booked and processed in the RUTHERFORD COUNTY DETENTION 47.CENTER CORPORATION he was crying because he was scared , confused and felt abandoned because 48.he asked to remove ALL of his clothes to under go a STRIP SEARCH at the age of 10 years while being .detained unlawfully/ illegally for a non crime regarding a fictitious charge that doesn't exist unless your in 50.a third world country concentration camp.  Picture being 10 years old being groped by a male .RUTHERFORD COUNTY JUVENILE 51.DETENTION FACILITY Foreign Operatives with clothes on between your legs and buttocks as if Plaintiff  was some type of  narcotics 52.s

52. Smuggling juvenile delinquent for hire on the black market. .

53.This unlawfully/ illegal physical sexual battery of authority figure / solicitation of a minor not to mention

54.being unlawful detained/ illegal detained and arrested was an astronomical unethical deplorable traumatic,

 55. depressing which cause mental and emotional pain on various aspects being kidnapped , human trafficked

56.and unlawful/ illegal detained for 72 hours just because Foreign Operatives DONNA SCOTT

Case 3:21-cv-00818 Document 72 Filed 10/13/23 Page 11 of 32 PageID #: 10
PLAINTIFF was unlawfully detained for 72 hours unlawful was booked Page 123 of 92 PageID #: 10

DAVENPORT and LYNN DUKES target Melanated Aborigine Taino people such as people with bronze 58.and different shades of brown skin like Mexicans Latino which are Aztecs and Mayans ..

*Bell v. Wolfish* (1979), the U.S. Supreme Court

*Hudson v. Palmer* (1984), the U.S. Supreme Court

*Tinetti v. Wittke*, <u>479 F. Supp. 486</u> (E.D.Wis. 1979), *aff'd,* <u>620 F.2d 160</u> (7th Cir. 1980).

Hill v . Bogan  735 F.2d 391

Giles  v . Ackerman  746 F.2d 614 (9th Cir. 1984)

59.Improper search , illegal strip search of a JUVENILE is SEXUAL ASSAULT and BATTERY  / Sexual solicitation and exploitation of a Minor…

60.According to the Crimes Against Children Research Center, a sexual solicitation is an unwanted request to 61.engage in sexual activities or talk, or any sexual request by an adult. ... TCA § 39-13-528  ,

62.Sexual battery by an authority figure, pursuant to TCA  § 39-13-527; 63. (a)  Sexual battery by an authority figure is unlawful sexual contact with a victim by the defendant or the defendant by a victim accompanied by the following circumstances:

64.    (1) The victim was, at the time of the offense, thirteen (13) years of age or older but less then eighteen   (18) years of age; or

65. (2)  The victim was, at the time of the offense, mentally defective, mentally incapacitated or physically helpless, regardless of age; and,

66. (A)  The defendant was at the time of the offense in a position of trust, or had supervisory or disciplinary power over the victim by virtue of the defendant's legal, professional or occupational status and used the position of trust or power to accomplish the sexual contact; or

67. (B)  The defendant had, at the time of the offense, parental or custodial authority over the victim and used the authority to accomplish the sexual contact.

68. (b)  Sexual battery by an authority figure is a Class C felony.[Acts 1997, ch. 256, § 1; 1998, ch. 1034, § 1; 2005, ch. 478, § 1; 2006, ch. 897, § 1.]  Picture a confused innocent Aborigine American Indian Juvenile detainee crying,  scared , confused being booked,  finger printed and having to be stripped search as if he was at RIKERS ISLAND , PELICAN BAY , STATEVILLE or RIVERBEND MAXIMUM SECURITY...

69. Plaintiff was unlawfully detained and held prisoner for a charge that doesn't exist in any judicial law book not  State / federal statutory law ( statutes/codes) , administrative admiralty maritime law , Ecclesiastical , canon ,  Common law or natural law...

70. How is it ethical and politically correct that a hearing officer Foreign Operative DONNA AILEEN SCOTT DAVENPORT judgement is impaired , morally corrupted by racism , discrimination to take advantage of juveniles  , their family,  the judicial system and act outside of their

Case 3:23-cv-00812 Document 21 Filed 10/26/23 Page 11 of 32 PageID #: 11

judicial oath by violating the United states constitution to enslave minors for financial stability and declaring acts of judicial war against the juveniles in RUTHERFORD COUNTY INC...

71. Regarding FORMER SHERIFF ROBERT ARNOLD going to Federal Prison for Wire fraud and conspiracy for buying Electronic cigarettes from his family instead of buying from their rival competitors and selling them to his detainees at the RUTHERFORD COUNTY ADULT DETENTION CENTER , USA v. ROBERT ARNOLD No. 16-6089 [ 10TH circuit ] but Foreign Operative DONNA AILEEN SCOTT DAVENPORT are allowed to co- conspire with Foreign Operative LYNN DUKES to violate Plaintiff Wild Fire 1781 United constitution rights , breach the tribal sovereignty of Tali Baha Falahtuchi Okhina [ Nation-State ] and then get on the news to say that they haven't did anything wrong by applauding herself regarding the diabolical , unethical cruel inhumane Pejorative traumatizing money making get rich scheme "FILTER SYSTEM " and THE " PROCESS C

72. Plaintiff status as an Aborigine American Indian will not be disrespected, nor allow your corporations / private investors to trade nor profit money off Plaintiff Wild Fire ESTATE , The constructive 1666 CESTUI QUE VIE TRUST lost at sea by declaring Plaintiff was dead when he is a natural living breathing fresh and blood tribal citizen...

73. Simultaneously The Tali Baha Falahtuchi Okhina Nation-State is here to collect out debt , there I direct / instruct my TRUSTEE CHIEF JUDGE WAVERLY D CRENSHAW or INCUMBENT who hears this ALIEN TORT to instruct / enforce the " PERSONS " of RUTHERFORD COUNTY INC, Foreign Operatives DONNA AILEEN SCOTT DAVENPORT and LYNN DUKES to reward will ALL damages such as punitive, compensatory, emotional distress , general as well as Tribal council fees the Tali Baha Falahtuchi Okhina Nation-State for kidnapping , human trafficking, unlawful detention, false imprisonment , strip searching , sexual assault , battery, sexual exploitation of a minor, defamation of character , judicial misconduct , Theft , public humiliation Fraud, fraud the court , embezzling money as trustee of Wild Fire aka zL , et al Tribal Estate Trust , Lawful Beneficiary and authorized user of the CESTUI QUE VIE TRUST ZL in all capital letters and enslavement of arbitrary detention by your corporations/ foreign entities are being sanctioned/ sued in their individual and official capacity for violating Jus Cogens Peremptory norms international laws non derogable , Laws of nation , International bill of rights , Tennessee State statutes and codes , Federal statutes and codes including the indian child Welfare Act and Foreign Sovereign Immunities Act..

VII.    PRE-TRIAL JUVENILE DETAINEES

COUNT III    , 4TH Amendment / 8th Amendment / 14th amendment

74. When a juvenile is arrested especially the between the ages of 8 years old and 10 years old the Foreign Operative of the law enforcement community supposed to hand deliver the juvenile to his guardian for simple misdemeanor stuff , most definitely if the juvenile is under the age of 10 years old it is illegal to detain a juvenile simultaneously it's illegal for a juvenile facility to accept a juvenile and detain a child under 10 years old or a juvenile that hasn't even committed a crime that hold merits that could even possibly even amount to entertain an idea of a conviction or plea without an injury party written a sworn affidavit …

Case 3:23-cv-00613 Document 1 Filed 10/26/23 Page 12 of 32 PageID #: 12

75. Plaintiff was held pass state / federal statutes and codes without a crime being committed so plaintiff Wild Fire was upon information and belief was fraudulent , malicious,  assault and battery  , wreckless as Foreign Operative DONNA SCOTT DAVENPORT co-conspirator with her business partner/ Administrative Detention center Corporate Mercenary will they deprived Plaintiff Wild Fire who is an Indian Child as plaintiff was deprived from his constitutional rights , Jus Cogens peremptory norms non derogable , laws of  nation and treated inhumane even when they lacked probable cause by kidnapping/ arresting / detaining him on charges the are frivolous and preposterous because they was enforcing FAKE LAWS , a mandated policy known as the FILTER SYSTEM to enslave and demoralize Melanated juvenile detainees which socially , emotionally,  mentally and physically destroyed Plaintiff Wild Fire along with other survivors of the RUTHERFORD COUNTY JUVENILE DETENTION FACILITY , The RUTHERFORD COUNTY juvenile is a SECURE FACILITY  with the guidelines Of the CORPORATE STATE OF TENNESSEE statutes/ codes 37 - 1- 114 et seq .

76. Plaintiff was unlawfully/ illegally detained for 72 without a judicial hearing even though his arrest/ kidnapping/ human traffic caused an uproar in the community which publicized the whole equation.

77. Plaintiff  had to sleep on a cold mattress on steel and concrete while he would cry his self to sleep in the RUTHERFORD COUNTY JUVENILE DETENTION FACILITY at night in the dark which made it difficult to sleep because Plaintiff felt isolated from the world , awakened by nightmares after being stripped searched,   intimidated by RUTHERFORD COUNTY JUVENILE DETENTION FACILITY Foreign Operatives and Plaintiff Wild Fire only slept maybe 12 hours out of 72 hours because he was able to converse / visit with his family or his tribal Nation-State

78. Plaintiff human / civil rights was violated , his United states constitution rights was violated such the 4th, 5 th , 8th and 14th amendment…

79. Juvenile detainees are constitutionally entitled to a judicial determination as to PROBABLE cause for the detention PRIOR to the hearing if not is ruled as cruel and unusual punishment. ..


**Doe v. Hommrich 3:16 cv 00799 MD TENN**




Riverside  v. McLaughlin  , 500 U.S. 44 , 56 ( 1991 )  Stating  probable cause determination made within 48 hours   of an arrest with the 4th amendment ( DUE PROCESS )


*Graham v. Connor*, 490 U.S. 386, 395 n.10 (1989).


*Kingsley v. Hendrickson*, 135 S. Ct. 2466, 2472 (2015)


VIII .    FEDERAL, COMMON and INTERNATIONAL LAW

Case 3:21-cv-00819 Document 1 Filed 10/26/21 Page 13 of 32 PageID #: 13

COUNT IV

80. Breached a Foreign Nation state tribal sovereignty / kidnapped a foreign national , indian child .

81. Regarding the American Declaration of the Rights of Indigenous People (" ADRIP " ) in the 6th circuit court of appeals that ADRIP and UNDRIP aren't recognized in United states court in [ Bey v ohio ] , No 1:11 cv 0148 ( ND OHIO 2011 ) but simultaneously United States of America INC is a charter member of the United Nations and one of five permanent members of the UN Security Council ...

82. "International law is part of our law." Justice Gray's much-quoted pronouncement in The Paquete Habana 1 was neither new nor controversial when made in 1900, since he was merely restating what had been established principle for the fathers of American jurisprudence and for their

British legal ancestors. And Gray's dictum remains unquestioned today. But, after more than two hundred years in our jurisprudence, the import of that principle is still uncertain and disputed. How did, and how does, international law become part of our law? What does it mean that international law is a part of our law? What is the relation of that part of our law to other parts of our law?

INTERNATIONAL LAW AS FEDERAL LAW

83. When international law - "the law of nations" - first became part of our law can be readily stated; how it became our law has been a conceptual issue not without jurisprudential implications. That it is part of federal, not state, law has been recognized only recently.

84. International law became part of "our law" with independence in 1776. One view has it that the law of nations came into our law as part of the common law. In the eighteenth century, the law of nations was part of the law of England, and English law, including the law of nations, applied in her colonies. With American independence, the law of England in the colonies(including the law of nations) was "received" as common law United States.

85. A different conception sees the law of nations as coming into our law not by "inheritance" but by implication from our independence, by virtue of international statehood. An entity that becomes a State in the international system is ipso facto subject to international law. While the obligations of international law are upon the State as an entity, a State ordinarily finds it necessary or convenient to incorporate international law into its municipal law to be applied by its courts.

86. In the United States, neither state constitutions nor the federal Constitution, nor state or federal legislation, have expressly incorporated international law; from our beginnings, however, following the English tradition, courts have treated international law as incorporated and applied it as domestic law.

87. The two conceptions, and variations upon them, may bear different consequences. If international law was part of the common law that each state received from England, international law was state law. It would cease to be state law and become federal law only if the U.S. Constitution, or an act of Congress pursuant to the Constitution, so provided. On the other hand, if international law became domestic law by virtue of independence, its status as state or federal law may turn on the international character of our independence and the status of the states between

Case 3:23-cv-00013... Document 21... Filed 10/26/23... Page 14 of 32 PageID #: 14

1776 and 1789. Some have insisted that during those years the states were thirteen independent states (in the international sense), each equal in status to England, France and other nations of the time, each subject to international law...

88. Each state decided for itself whether to incorporate international law, but all of them did so, in the tradition inherited from England. On this view, as on the "common law" view, international law was state law between 1776 and 1789 and remained state law unless the federal Constitution or later federal law pursuant to the Constitution rendered it federal law. A different view, however, concludes that the thirteen states were never independent States; for international purposes we were from independence one nation, not thirteen.

89. By virtue of independence and statehood, international law became binding on the United States, not on the individual states. Between 1776 and 1789, there being no national domestic law, international law could not be incorporated into national law, but the national obligations of the United States could be carried out through state law and institutions. In 1789, the obligations of the United States to give effect to international law became effectively the responsibility of the new federal government, to be carried out through federal institutions (including federal courts), through state institutions (including state courts), or both.

90. Between 1776 and 1789, then, international law was the law of each of the thirteen states, either as state common law, or by incorporation pursuant to the state's international obligations or those of the United States.

91. Whatever the basis, the status of international law as state law could have been changed, or confirmed, in 1789 when the states united into "a more perfect union" - but the new Constitution did not expressly address the matter...

92. The UNITED STATES Constitution recognized that the United States was subject to the law of nations and gave Congress the power to define offenses against the law of nations..

93. The judicial power of the United States was extended to cases arising under treaties, cases affecting ambassadors, cases within admiralty or maritime jurisdiction, and controversies to which foreign states or citizens are party...

94. But neither the constitutional grants to Congress and the federal courts, nor any act of Congress, declared or necessarily implied that the law of nations was incorporated as self-executing domestic law, or that it had the status of law of the United States rather than of the states. Nevertheless, from our national beginnings both state and federal courts have treated customary international law as incorporated and have applied it to cases before them without express constitutional or legislative sanction...

95. Early in our history, the question whether international law was state law or federal law was not an issue: it was "the common law." During the reign of [ Swift v. Tyson 41 U.S. 1 (1842) ] , when federal and state courts determined the common law independently, they also determined and applied the law of nations independently; in doing so they did not, nor did they need to, characterize international law as either federal or state law. State legislatures did not assert authority to supersede it as international law in the state.

96. Congress sometimes incorporated international law by reference in federal legislation, 14 and sometimes acted to supersede international law with domestic law, but such acts of Congress did not declare or imply that international law was federal law...

97. The law of nations was the law of the political community of States developed by the practice of States and modified by State treaties, and it was the United States, not the individual states, that was the relevant national entity for international purposes.

98. Questions of international law engaged the responsibility of the United States towards other nations. It made no sense that questions of international law should be treated as questions of state rather than federal law; that they could be determined independently, finally and

Case 3:21-cv-00013 Document 721 Filed 10/26/23 Page 123 of 132 PageID #: 15

differently by the courts of fifty states, and differently also by federal courts for their own, "non-diversity" purposes; that, whereas the interpretation of a U.S. treaty was a federal question to be decided finally by the United Supreme Court for all courts (and domestically, at least, for the political branches as well), determinations of customary international law by state courts were not reviewable by the Supreme Court. Therefore, in a famous article, Judge Philip Jessup decried the notion that [ Erie v. Tompkins 304 U.S. 64 (1938) ] should be held to require federal courts to follow the determinations of international law by state courts in diversity cases...

99. In [ Banco Nacional de Cuba v. Sabbatino 376 U.S. 398 (1964) ] , the United states Supreme Court effectively resolved the issue. In that case the Court reestablished the Act of State doctrine and declared it to be a principle off federal law binding on the states. The Act of State doctrine is not a principle of international law, but instead a principle of judge-made, domestic "foreign relations law," serving the foreign relations needs of the United States. However, in deciding that the Act of State doctrine is federal law, binding on the states and not within the scope of. Erie v. Tompkins USC , the Court invoked Judge Jessup's views rejecting the applicability of Erie to international law...

100. As a result, there is now general agreement that international law, as incorporated into domestic law in the United States, is federal, not state law; that cases arising under international law are "cases arising under . . . the Laws of the United States" and therefore are within the judicial power of the United States under article III of the Constitution; that principles of international law as incorporated in the law of the United States are "Laws of the United States" and supreme under article VI; that international law, therefore, is to be determined independently by the federal courts, and ultimately by the United States Supreme Court, with its determination binding on the state courts; and that a etermination of international law by a state court is a federal question subject to review by the Supreme Court..

101. To say that international law is U.S. law means that in principle it should be applied wherever U.S. law applies; it says nothing about whether international law (as U.S. law) applies in particular circumstances. Thus, there was much confusion when the Supreme Court declared, in Sabbatino, that courts in the United States should not sit in judgment on an act of a foreign State within its territory, even when the foreign act violated international law. Critics wished to know why, in a case tried in a U.S. court, the court should not apply international law to declare the foreign act illegal if international law is part of the law of the United States.

102. International law is law of the United States, but U.S. law (including international law as part of that law) does not ordinarily govern an act by a foreign state in its own territory. For a U.S. court to apply U.S. law (includinginternational law as part of that law) to the act of a foreign state requires a prior determination that U.S. law is applicable to the particular act, event, transaction or interest in the foreign country, say, under appropriate principles of conflicts of law or because Congress has so directed. In Sabbatino, the Supreme Court decided that, even if applicable principles of conflicts of law would direct the courts to apply U.S. law, the law that they were to apply included the Act of State doctrine, which precluded the application of other U.S. law or policy, including international law as U.S. law, to the act of the Cuban government.

103. When Congress later enacted the Second Hickenlooper Amendment, which directed the courts to apply U.S. law including international law, in certain circumstances, the courts proceeded to do so...4, at 1073-79; Moore, Federalism and Foreign Relations, 196S DUKE L.J. 248; Note, Note, Federal

Common Law and Article III, A Jurisdictional Approach lo Erie, 74 YALE L.J. 32S (1964).

22. See RESTATEMENT OF THE LAW, FOREIGN RELATIONS LAW OF THE UNITED STATES

(REVISED)§ 131, comments d, e, & reporters' notes 2-4 (rent. Draft No. 1, 1980) [hereinafter

PLAINTIFF was unlawfully detained for 72 hours but was locked in a cell 23 hours per day

Case 3:21-cv-00013-X Document 21 Filed 12/06/21 Page 16 of 32 PageID #: 16

cited as RESTATEMENT (REVISED)].

In 2 THE FEDERALIST No. 80, at 305 (New York 1788), Hamilton cites "cases arising upon

treaties and the laws of nations" as proper for the jurisdiction of federal courts. See also

THE FEDERALIST No. 3, at 13-14 (J. Jay) (New York 1788). The law of nations was linked with

treaties in earlier drafts of what became article III of the Constitution; there is no evidence that

its elimination was intended to deny federal status to international law. Perhaps it was considered

that cases arising under international law were covered by the other cases or controversies

enumerated. See text at note 10 supra; 2 M. FARRAND, THE RECORD OF THE FEDERAL CONVENTION

OF 1787, 136, 157 (rev. ed. 1937); 3 id. at 117 app., 608 app ..

104. It is instructive to compare the history of admiralty and maritime law in the law of the United States. Maritime law came to the United

States from England either by inheritance together with the common law, or by incorporation as part of the law of nations...

105. Congress early gave the federal courts jurisdiction over civil actions "by an alien for a tort only, committed in violation of the law of

nations." 28 U.S.C. § 1350 (1982) (derived from the Judiciary Act of 1789, ch. 20, § 9(b), 1 Stat. 73, 77); see [ Filartiga v. Pena-Irala, 630 F.2d

876 (2d Cir. 1980). ] U.S. CONST. art. III, § 2.

106. It is plausible that admiralty and maritime law was incorporated by implication in the grant of jurisdiction to the federal courts. Maritime

law was a very large component of the law of nations of the time. See note 5 supra; infra. 12. See, e.g., cases cited at note 4 supra,· [ Filartiga

v. Pena-Irala, 630 F.2d 876, 886-87 (2d Cir. 1980)]. State cases have not been numerous, see, e.g.,[ Peters v. McKay, 195 Or. 412, 238 P.2d

225 (1951), ] but state courts have regularly applied the international law of sovereign or diplomatic i=unity. See, e.g., [ Hannes v. Kingdom

of Romania Monopolies Inst., 260 A.D. 189, 20 N.Y.S.2d 825 (N.Y. App. Div. 1940). 13. 41 U.S. (16 Pet.) 1 (1842)...

107. ADRIP / UNDRIP are Human rights law which is a set of international rules, established by treaty or custom, on the basis of which

individuals and groups can expect and/or claim certain rights that must be respected and protected by their States but is coined with the United

states 4th amendment , 8th amendment and 14th amendment of the constitution ...

Case 3:21-cv-00819 Document 1 Filed 10/25/21 Page 17 of 32 PageID #: 17

CRUEL and UNUSUAL INHUMANE PUNISHMENT COUNT V

108. Tali Baha Falahtuchi Okhina [Nation-State ] wrote the TENNESSEE REPUBLIC GOVERNOR BILL LEE regarding some of the findings of the Civil Rights Division's investigation of conditions at the RUTHERFORD County Juvenile Detention Center ("RCJDC") in Murfreesboro , Tennessee On August 2019 we notified RUTHERFORD COUNTY of our intent to conduct an investigation of RCDC pursuant to the Civil Rights of Institutionalized Persons Act, 42 U.S.C. § 1997 ("CRIPA"), and the Violent Crime Control and Law Enforcement Act of 1994,42 U.S.C. § 14141 ("Section 14141"). Both CRIPA and Section 14141 give the United States Department of Justice ("DOJ") authority to seek a remedy for a pattern or practice of conduct that violates the constitutional or federal statutory rights of youth in juvenile justice institution .

109. The youth confined to RCJDC are subjected to conditions that violate their constitutional and federal statutory rights. Our investigation revealed systemic racial discrimination, egregious, and dangerous abuses perpetuated by a lack of accountability and controls.

110. RCJDC fails to prevent unconstitutional harms, or minimize the risk of such harms, through undue use of restraints, arbitrary imposition of punishment, inadequate grievance procedures, failure to report and investigate abuse, inadequate classification systems, inadequate rehabilitative treatment, inadequate medical and mental health care, inadequate suicide risk protections, inadequate environmental safety, inadequate staffing, and inadequate educational services. We found that: the staff enjoy macing , intimidated , antagonizing and physically assaulting juvenile detainees...

111. All Foreign Operatives DONNA SCOTT DAVENPORT and LYNN DUKES care about is keeping the juvenile room packed like hotel rooms during the super bowl.. RCJDC has 64 bed as has been known to detain 3 detainees in one cell because the RUTHERFORD COUNTY JUVENILE DETENTION FACILITY has contracts with 15 out of 94 counties in Tennessee, so 64 bed and 3 in a room equals to 194 juvenile detainees... Let's review the ratio out of 194 juvenile detainees 175 are considered to be Melanated , of color , Indian , African American, black, Hispanic and Mexican..

112. RCJDC has a prestigious reputation for never turning down a client to gracious except a juvenile detainee, I used the world client because Foreign Operative DONNA SCOTT DAVENPORT is the CEO CORPORATE ADMINISTRATOR and LYNN DUKES is the chief executive warden , economical mercenary and social strategist because a good PLATOON is only successful with battle plans if soldiers follow orders...

113. Staff have unfettered discretion to immediately administer punishment, and isolation is used excessively for punishment and control;

114. Suicidal youth are not assessed by mental health professionals despite known risks;

115. Internal investigations dismiss abuse complaints against staff as manipulative; and

116. No accommodations exist for children with learning disabilities.

PLAINTIFF: Jason Baba deter children 21 hours out locked in a cell 23 hours per day PAGE ID #: 18

117. These systemic deficiencies exist because generally accepted juvenile justice standards are not followed. We found that RCJDC staff members do not receive minimally adequate training and that existing policies and procedures are inadequate to ensure constitutionally adequate care and custody of the youth confined to the facility.

118. Staff members fail to report allegations of abuse to the State and appear to routinely violate youths' rights with impunity.

119. The widespread and significant deficiencies at the facility are a result of significant departures from accepted juvenile justice standards and violate the Fourteenth Amendment's mandate that youth in custody be protected from harm. In this letter, we provide recommendations that are minimally necessary to bring the facility into compliance with the Constitution and federal statutes and codes.

120. In violation of their constitutional rights, youth at RCJDC are inappropriately and dangerously restrained, arbitrarily punished, denied adequate medical and mental health care; not protected from suicide risk, inadequately supervised, and inadequately educated.

121. Unsafe conditions of confinement, combined with a paucity of meaningful programming, education and other activities, create an environment at RCJDC that is dangerous and detrimental to youth development and well-being. The environment is especially harmful for those youth who spend long periods of time at RCJDC or who frequently return to the facility.

122. RUTHERFORD COUNTY IS FAILING TO PROTECT YOUTH FROM HARM AT RCJDC...

[ CRIPA ] and Section 14141 authorize DOJ to seek a remedy for a pattern or practice of conduct that violates the constitutional or federal statutory rights of youth in juvenile justice institutions. 42 US.C. § 1997; 42 U.S.C. § 14141. Youth detained at RCJDC are protected by the Fourteenth Amendment and have a substantive due process right to reasonably safe conditions of confinement and freedom from unreasonable bodily restraints. Youngberg v. Romeo, 457 U.S. 307, 315-16 (1982) ("If it is cruel and unusual punishment to hold convicted criminals in unsafe conditions, it must be unconstitutional to confine the involuntarily [detained] - who may not be punished at all- in unsafe conditions."). The Fourteenth Amendment, rather than the Eighth Amendment, applies because the youth are held for detention or rehabilitation, but RCJC held Plaintiff Wild Fire for a fictitious crime enforced and executed under imaginary law called " The PROCESS " and " FILTER SYSTEM " that doesn't exist For 72 hours violating pre-trial release , unlawful / illegal detention , possession of stolen property because Plaintiff Wild Fire is an enrolled tribal citizen and lawfully property of The Tali Baha Falahtuchi Okhina [Nation-State ] and if RCJDC wouldn't illegally detain a Chinese foreign national or a Russian foreign national so respect Plaintiff's Tribal Nation state sovereignty , just like your corporation respect the Vatican , Great Britain [ England] [ United kingdom ] and Israel ..

123. Upon being deinstitutionalized from RCJDC plaintiff had to under severe psychological therapy for a month because Plaintiff suffered from PTSD , DEPRESSION, ANXIETY, APATHY , PARANOIA , MOOD SWINGS and often Plaintiff became an introvert as if he just came home from Afghanistan , Iraq , Somalia , Syria or Iran ...

124. Plaintiff never discusses how he feels , Prior to the events of kidnapping , Theft , unlawful/ illegal arrest and false imprisonment, illegal/ unlawful detention, illegal/ unlawful search of a Foreign National Aborigine American Indian which is a lawful citizen of another Nation-State not your 14th amendment chattel commercial strawman property owned by fictitious CORPORATIONS / PRIVATE INVESTORS /BANKS and shareholders...

Case 3:23-cv-00819 Document 71 Filed 10/26/23 Page 19 of 32 PageID #: 19

125. To determine whether the Fourteenth Amendment was violated, a balancing test must be applied: "[I]t is necessary to balance 'the liberty of the individual' and 'the demands of an organized society.'" Youngberg, 457 U.S. at 320 (quoting Poe v. Ullman, 367 U.S. 497, 542 (1961)). The Youngberg Court went on to hold that "If there is to be any uniformity in protecting these interests, this balancing cannot be left to the unguided discretion of a judge or jury." Id. at 321. Instead, the Court held that there is a constitutional violation if detaining officials substantially depart from generally accepted professional standards, and that departure endangers youth in their care. See id. at 314.

126. As a general matter, the Supreme Court has held that corrections officials must take reasonable steps to guarantee detainees' safety and provide "humane conditions" of confinement. Farmer v. Brennan, 511 U.S. 825, 832 (1994); Hare v. City of Corinth, 74 F.3d 633,639 (5th Cir. 1996) (recognizing a duty to provide detainees with basic human needs including protection from harm). In addition, an official's failure to maintain adequate policies, procedures, and practices for the prevention of suicides may violate a detainee's due process rights. Silva v. Donley County Texas, 32 F.3d 566, 1994 WL 442404, *5-7 (5th Cir. 1994) (unpublished) (holding sheriffs failure to establish suicide detection and prevention training for jail personnel, condoning de facto policy of sporadic cell checks, and absence of a policy for observing "at-risk" detainees may rise to deliberate indifference to known risk of suicide in detention settings).

127. Finally, conditions of confinement claims may be based not only upon existing physical harm to youth, but also on conditions that threaten to cause future harm. Helling v. McKinney, 509 U.S. 25, 33 (1993) (stating "[i]t would be odd to deny [relief to detainees] who plainly proved an unsafe, life-threatening condition in their [facility] on the ground that nothing yet had happened to them."). In Helling, the court recognized various circuit courts holding that "a [detainee] need not wait until he is actually assaulted before obtaining relief" and that the Constitution "protects against sufficiently imminent dangers." Id. at 33-34; see also Herman v. Holiday, 238 F.3d 660 (5th Cir. 2001) (recognizing Helling standard); Gates v. Collier, 501 F.2d 1291, 1308-11 (5th Cir. 1974) (holding that failure to provide adequate systems to protect inmates against future harm including physical assaults and abuse constituted cruel and unusual punishment). In Ingraham v. Wright, the Supreme Court rejected application of the Eighth Amendment deliberative indifference standard in a non-criminal context. 430 U.S. 651, 669 n.37 (1977) ("Eighth Amendment scrutiny is appropriate only after the State has complied with the constitutional guarantees traditionally associated with criminal prosecutions."). In addition, the Court held that the Due Process Clause of the Fourteenth Amendment was the proper constitutional gauge to determine the rights of adults detained by a state, but not yet convicted of any crime. Bell v. Wolfish, 441 U.S. 520 (1979). See also, Scott v. Moore, 85 F.3d 230,235 (5th Cir. 1996). At a minimum, youth should be accorded the same constitutional protections..

128. When a system in a county is morally corrupted , this is the type of thing that can skip a judicial ethics board and have DONNA SCOTT DAVENPORT and LYNN DUKES in a CONGRESSIONAL HEARING because the PROCESS and FILTER SYSTEM is a version of the " PATRIOT ACT "

129. WHEREFORE ; to elaborate on what Foreign Operative hearing officer  SHEILA CALLOWAY   who is the DAVIDSON COUNTY JUVENILE COURT JUDGE , The system isn't BROKEN because it's designed to enslave , torture  , disintegrate and hide

PCas8e1F3:2As04nl0a9Bil9 deDmeanfmen721hoFrisledutt1042/6Xcke ipag8ell23 b4d82 FPea1deVD #: 20

Melanated juveniles because PERSONS like Foreign Operatives like DONNA SCOTT DAVENPORT , LYNN DUKES , RUTHERD COUNTY SHERIFF MIKE FITZHUGH, CLERK OF COURT FOREIGN OPERATIVE MELISSA HARRELL/ FOREIGN OPERATIVE MELANIE EAGLE , FOREIGN OPERATIVES DISTRICT ATTORNEY LESLIE ANN COLLUM , JENNINGS JONES , TENNESSEE DEPARTMENT OF CHILDREN SERVICES and GUARDIAN AD LITEM / CHILD ADVOCATE / CASA all profit of putting and keeping juveniles that are Melanated because in RUTHERFORD COUNTY the DEPARTMENT OF CHILDREN SERVICES nor GUARDIAN AD LITEM never act/ speak on the behalf of the juveniles best interest unless it involves having them placed in some type of state facility , foster home , group home or probation where their corporation can profit off juveniles adversities in life....

## FAILURE TO TRAIN , ENFORCE POLICIES THAT DOES VIOLATE THE. .
### UNITED STATES CONSTITUTION and supervise

### COUNT VI

130. RUTHERFORD COUNTY had failed in regards to overseeing public county officials , setting boundaries and limits that defendants should've never crossed.

131. DONNA SCOTT DAVENPORT has CO- COCONSPIRED with LYNN DUKES committing act of fraud upon the court with none existing petition for the unlawful / illegal arrest , unlawful/ illegal detention , kidnapping, human trafficking , child abuse, child ,

Case 3:21-cv-00819 Document 21 Filed 10/28/ck ed Page 21 of 32 PageID #: 21

neglect, keeping a young Indian child from mother / father and tribal [ Nation-State ] ignoring lack of jurisdiction because Defendants / persons can't interfere with tribal matters when it involves a child and DONNA SCOTT DAVENPORT lack jurisdiction to try a case against Plaintiff Wild Fire and open up a constructive CESTUI QUE VIE TRUST in Plaintiff name ZL in all capital letters because Plaintiff is not a citizen in her corporation ... Only Article lll judges have judicial powers , Article lll judges are UNITED STATES SUPREME COURT JUSTICES not Territorial Article I judges in a district...

# FACTS

In 2004 / 2005 RUTHERFORD COUNTY JUVENILE DETENTION CENTER Former employee / Foriegn Operative KASEY MCWHORTER had manipulated a 15 year old bipolar female juvenile detainee into putting her mouth on his private.

The sexual assault victim told her friend in the cell next to her.

The friend / alleged witness informed the Juvenile Detention Foreign Operatives , then they notified LYNN DUKES...

LYNN DUKES spoke with the witness , then spoke with the sexual assault victim but the victim denied the allegations because she was embarrassed , confused , coerced and didn't want her guardians to find out..

LYNN DUKES starts yelling at the witness and accusing her of lying without conducting an complete investigation..

LYNN DUKES finally questioned Former juvenile correctional officer PERSON named KASEY MCWHORTER , he was honest and he admitted to unzipping his pants and put his private through the jail bars while he sexually assaulted a bipolar mentally challenged 15 year old girls mouth..

In 2004 / 2005 RUTHERFORD COUNTY JUVENILE DETENTION CENTER was located on 400 west main street , so there was no cameras on the cell blocks…

Why was a male often the female block working because they always had female staff on each shift..

Why was KASEY MCWHORTER alone on a female cell block by himself ?

KASEY MCWHORTER was booked at the RUTHERFORD COUNTY ADULT DETENTION CENTER located on 940 new Salem highway for sexual battery of an authority figure..

KASEY MCWHORTER pled guilty , listen carefully he was giving a deal with a 3 years diversion because Foreign Operatives DONNA SCOTT DAVENPORT and LYNN DUKES wanted to keep this quiet from causing uproar in RUTHERFORD COUNTY which would've possibly stopped their MONEY TRAIN ...

.

## ALL ALLEGATIONS ARE FACTS

CONCLUSION

133. Having an innocent 10 year old detain was preposterous , then having Plaintiff STRIP SEARCHED and the shower while RUTHERFORD COUNTY Foreign Operatives observe and monitor Plaintiff and other juvenile detainees is deplorable , traumatizing and heartbreaking for a juvenile detainee and just imagine how they guardians felt and feel about what happened and how they couldn't help them .

134.This is wrong , this is not justice and All defendants did this just for money which had an ulterior motive for racial discrimination which make this a HATE CRIME ..

135. DEPARTMENT OF CHILDREN SERVICES/ Guardian ad litem supposed to protect the juveniles , what has DCS / GAL / CASA have been doing for the last 20 years ?

136. Where was the CLERK OF COURT ( clergy ) MELISSA HARREL / MELANIE EAGLE when Fake charges was being filed with juvenile petitions and it the CLERKS fiduciary responsibility to enter court dates into the system unless the RUTHERFORD COUNTY JUVENILE FACILITY was running an OFF THE BOOKS covert operation without even processing juveniles into the system…

137. How and who was paying DISTRICT ATTORNEY JENNINGS JONES and LESLIE ANN COLLUM for they juveniles held 72 to 96 then kicked back into the community ?

138. It's ironic how those PERSONS Foreign Operative KYLE MOTHERSHEAD , Foreign Operative MARK DOWNTON and. Foreign Operative WESLEY CLARK have exploited people in lower income

communities and single mothers because out of 11 million they are only handing out maybe 2 million dollars .

138. These attorneys are parasites and parasites needs a host to survive ,

PLAINTIFF was unlawfully detained for 72 hours but was locked in a cell 23 hours per day

PRAYER FOR RELIEF

WHEREFORE , Plaintiff Wild Fire prays for relief as hereinafter set forth , Prays for relief as follows .

A. That Defendants Answer this ALIEN TORT / complaint within 21 days according to Federal rules and civil procedures... 42 usc section 1983 , we can skip the formalities and have a SETTLEMENT HEARING so we don't waste the courts time , energy and resources... DEFENDANTS have admitted to all the unconstitutional wrongs doings in GEERTS / KW V RUTHERFORD COUNTY 3:17 - cv - 1014 MIDDLE TENNESSEE DISTRICT COURT.

B. Court cost regarding the subject matter be taxed by to Defendants because it's against Federal statutes and codes to Tax American Indians.

C. Plaintiff be awarded Tribal council / Attorney fees on ALL counts

D. Judgement for Plaintiff enter against ALL Defendants in their individual and official capacity.

E .Plaintiff be awarded punitive , compensatory , general and special [ emotional distress] damages on all counts that is entitled ...

**TREZEVANT v. CITY OF TAMPA, 741 F2d 336 (11th Cir. 1984)**
Motorist illegally held for 23 minutes on a traffic charge was awarded $25,000 in damages. (Sets foundation for $ 75,000/hr., 1,800,000/day)

Plaintiff Wild Fire was FAVORABLE TERMINATED after being held in captivity for 72 hours , $ 1 , 8000 , 000 per day × 3 = $ 5, 400, 000 JUDGMENT SHALL BE ENFORCEMENT REGARDING Laws of nation , Jus Cogens peremptory norms non derogable ...

PLAINTFF was orlawfully detained for 72 hours but was locked in a cell 23 hours per day ID #: 25

. JUDGEMENT ENFORCED for **$ 15 MILLION  TRUE BILL** to be paid in full to the Tali Baha Falahtuchi Okhina[ Nation-State ] immediately... **THIS  TRUE BILL STANDS IN LAW LAW**  , Tali Baha Falahtuchi Okhina Nation-State  is the only SOVEREIGN in the  ARTICLE I  PSEUDO court room and I have stripped all the BAR members because the CERTIFICATE that they bought from the CORPORATE STATE OF TENNESSEE is VOID indefinitely , so all rebuttals fictitious ruling against the Tali Baha Falahtuchi Okhina [Nation-State ] is MOOT ...  A Judge with no judicial power can either rule in your favor , recuse their person or transfer the subject matter to a proper competent venue  ..

DUE PROCESS , UNLAWFUL / ILLEGAL DETENTION , kidnapping , human trafficking  , Illegal/ unlawful STRIP SEARCHED

E.  So on the behalf of plaintiff Wild Fire  , Tali Baha Falahtuchi Okhina [ Nation-State ] is here to collect in full amount . There is still constitutional civil rights/ human rights violations that have been mathematical calculated.

F.  Plaintiff demands this ALIEN TORT to be tried by a JURY TRIAL OF PEERS.

Plaintiff be awarded all damages/ relief that plaintiff requested

---

THE CORPORATE STATE OF TENNESSEE (Duns #04143882), pertaining verified status and standing of Tali Baha Falahtuchi Okhina Trust Property CACIQUE Yananta Isi Chito Lusa aka Hakeem Shabazz El, et al Tribal Estate Trust, acting / speaking on the behalf of plaintiff Wild Fire  zL an American Aboriginal [Indian] Foreign National Nonresident Inhabitant without the UNITED STATES  (Article I Section 8, Clause 17-18 and Article IV, Section 3, Clause 2 of the Constitution, EIN #52-1259974, EIN # 72-0564834, DUNS #05271496, DUNS #026661067), by means of European colonized-enforced assimilation constructive fraud, erroneously known as HAKEEM SHABAZZ EL / ZL  in all capital letters  , CESTIU QUE TRUST "CIVILITER MORTUUS" PROPERTY OF THE UNITED STATES (Article I Section 8, Clause 17-18 and Article IV, Section 3, Clause 2 of the Constitution EIN #52-1259974, EIN # 72-0564834, DUNS #05271496, DUNS #026661067); therein

■
PLAINTIFF  was unlawfully detained for 72 hours but was locked ip a cell 23 hours per day
Case 3:23-cv-00819   Document 1-1   Filed 10/25/21   Page 26 of 32 PageID #: 26
26

THE CORPORATE STATE OF TENNESSEE (Duns #04143882), pertaining verified status and standing of Tali Baha Falahtuchi Okhina Trust Property CACIQUE Yananta Isi Chito Lusa aka Hakeem Shabazz El, et al Tribal Estate Trust, acting / speaking on the behalf of plaintiff Wild Fire aka ʑ an American Aboriginal [Indian] Foreign National Nonresident Inhabitant without the UNITED STATES (Article I Section 8, Clause 17-18 and Article IV, Section 3, Clause 2 of the Constitution, EIN #52-1259974, EIN # 72-0564834, DUNS #05271496, DUNS #026661067), by means of European colonized-enforced assimilation constructive fraud, erroneously known as HAKEEM SHABAZZ EL / ʑ in all capital letters , CESTIU QUE TRUST "CIVILITER MORTUUS" PROPERTY OF THE UNITED STATES (Article I Section 8, Clause 17-18 and Article IV, Section 3, Clause 2 of the Constitution EIN #52-1259974, EIN # 72-0564834, DUNS #05271496, DUNS #026661067); therein

NOTICE  TO AGENT IS NOTICE TO PRINCIPAL  , NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Signed by :

CACIQUE  Yananta Isi Chito Lusa  aka  Hakeem Shabazz-El

Tali Baha Falahtuchi Okhina Nation-State
Tribal counsel
P.O. BOX 424
SHELBYVILLE,  TENNESSEE REPUBLIC  [ 37162 ]

Signed by :



Red Elk aka Nicole Alexander [ Tribal citizen / mother of plaintiff ]
Tali Bah Falahtuchi Okhina Nation-State
P.O. BOX 424
SHELBYVILLE , TENNESSEE REPUBLIC  [ 37162 ]

Signed by : 

Dark Elk aka Corey Lillard , sr  [ Tribal citizen / Father of Plaintiff  ]

Tali Baha Falahtuchi Okhina Nation-State
 P.O. BOX 424
SHELBYVILLE , TENNESSEE  REPUBLIC  [ 37162 ]

Signed by : 

Wild Fire aka zL  [ PLAINTIFF  / INJURED PARTY  ]
Tali Baha Falahtuchi Okhina Nation-State

P.O. BOX 424
SHELBYVILLE  , TENNESSEE REPUBLIC  [ 37162 ]





**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

HAKEEM SHABAZZ-EL
2135 SADLER AVE
NASHVILLE, TN 37210-4814

November 25, 2017 1:07 PM

Financing Statement Doc #: 427847124
DLN #: B0459-7987

# UCC Financing Statement Acknowledgment

This acknowledges the filing of the attached UCC1 document. Please review the data to ensure database information corresponds with information on the submitted UCC form. In the event a discrepancy is found, please note the error and return the entire package to our office. If we may be of any further service to you, please contact us at the number noted below.

*Tre Hargett*

Tre Hargett
Secretary of State

Enclosures: Original Documents

## DEBTOR INFORMATION

| | |
|---|---|
| CECIL CORNELL LILLARD JR | 2135 SADLER AVE<br>NASHVILLE, TN 37210-4814 |
| HAKEEM MALIK SHABAZZ-EL | 2135 SADLER AVE<br>NASHVILLE, TN 37210-4814 |
| CECIL CORNELL LILLARD JR | 55 WATER ST<br>NEW YORK, NY 10041-0004 |
| HAKEEM MALIK SHABAZZ-EL | 230 S LASALLE STR<br>FRB<br>CHICAGO, IN 60604 |

## SECURED PARTY INFORMATION

| | |
|---|---|
| SHABAZZ, HAKEEM MALIK EL | 2135 SADLER AVE<br>NASHVILLE, TN 37210-4814 |

## RECORDING TAX

Maximum principal indebtedness for Tennessee recording tax purposes is:      $0.00
Tax Exempt Reason: Debtor is a Cooperative Marketing Association

## FILING INFORMATION

Financing Statement Doc #:    427847124
Filing Date:    11/25/2017 1:03 PM
Lapse Date:    12/31/9999 11:59 PM
Collateral is    held in a Trust
Filing Type (6a)    Transmitting Utility

Optional Filer Ref Data          Secured Party is Grantor, Executor, Trustee

### Document Receipt

Receipt # : 3670771

| | Fees Paid: | $60.00 |
| --- | --- | --- |
| | Taxes Paid: | $0.00 |

Payment-Credit Card Ref #: 3715872325                                      $60.00

VERIFICATION

I 'Affirm' that all statements, facts, and information, presented in this Affidavit are correct and true; and are presented as Evidence 'for the record'. I, furthermore, state that the fore said Exhibits, Evidence, Information and Facts are placed in Evidence in this case, are being presented in good faith and Affirmed as truth, to the best of my knowledge and belief.

_Yananta_ Isi Chito Lusa Aka Hakeem Shabazz-El Cestui que vie trust

HAKEEM SHABAZZ-EL ©

Authorised Representative.
All Rights Reserved.

## CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC

## JURAT

State of _Tennessee_                                    )
                                                        )    ss.
County of _Bedford_                                     )

On _Oct. 26_ , _2021_ before me, _Tabitha R. Stem_ ,
a notary public in and for said state, personally appeared
_Hakeem Shabazz-EL_ , personally known to me (or proved on the
basis of satisfactory evidence) to be the person whose name is subscribed to the within
instrument, and acknowledged to me that she/he executed the same in her/his
authorized capacity, and that by her/his signature on the instrument the person, or the
entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Notary Public for the State of _Tennessee_

_Tabitha R. Stem_

TABITHA R. STEM
STATE
OF
TENNESSEE
NOTARY
PUBLIC
BEDFORD COUNTY

[NOTARIAL SEAL]     My commission expires: _1/2/24_

**Notice:** *Using a notary on this document does not constitute any adhesion, nor does it alter my status [Aborigine American Indian ] in any manner. The purpose for notary is to bear witness to the aforementioned Affidavit of Fact. The Above Authorized Representatives Personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence of identification) to be a Aborigine American Aniyunwiya Indian subscribed to the within instrument(s) and acknowledged to me that he executed the same in his authorized capacity, and that by his autograph/allograph on the instrument the Aborigine American Indian upon behalf of which the person acted, executed this instrument. AS a lawful property and tribal citizen of the Tali Baha Falahtuchi Okhina [ Nation-State ] ...*

